BREWSTER MAVERICK and others, *Respondents*, *v.* WILLIAM D. MARVEL, *Appellant.*— Judgment and order affirmed. Opinion by DAVIS, P. J.

WILLIAM R. KIRKLAND, *Appellant and Respondent*, *v.* SAMUEL R. KRILLE, *Appellant and Respondent*, Impleaded with JAMES L. CARNAGHAN and others. — Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by DANIELS, J.

IRA G. WHITNEY and others, *Appellants*, *v.* JOHN WATERBURY and others, *Respondents.* — Judgment affirmed. Opinion by DAVIS, P. J.

ELIAS L. FRANK *v.* JAMES F. D. LANIER. — Judgment reversed, and a new trial ordered, unless plaintiff stipulates to deduct the costs included in the judgment; in the event of such stipulation, the judgment, as so reduced, affirmed, without costs to either party. Opinion by DAVIS, P. J.

WALTER SHRIVER and others, *Plaintiffs*, *v.* EDWIN T. SHRIVER and others, *Defendants.* — Order modified as directed in opinion, and affirmed as modified, without costs. Opinion by DAVIS, P. J.

THE LAKE SUPERIOR IRON COMPANY, *Appellant*, *v.* JOSEPH W. DREXEL, *Respondent.*— Judgment and order affirmed. Opinion by DAVIS, P. J.

ZOPHAR MILLS, *Respondent*, *v.* ALBERT A. MILLER, *Appellant.*— Judgment affirmed. Opinion by DAVIS, P. J.

HENRY HENTZ, *Respondent*, *v.* ALBERT A. MILLER, *Appellant.*— Judgment affirmed. Opinion by DAVIS, P. J.

EDMUND R. MORRIS, *Respondent*, *v.* IRA B. TUTHILL, *Appellant.*— Judgment reversed and new trial ordered, costs to abide event. Opinion by DANIELS, J.

JOHN CLAPP, Jr., *Respondent*, *v.* WARREN B. SAGE, *Appellant.*— Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

JOSEPH EMERSON, *Plaintiff in Error*, *v.* THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error.*— Judgment reversed, new trial ordered. Opinion by DANIELS, J.